# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| HARRISON COUNTY, MISSISSIPPI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant, <br><br> and <br><br> STATE OF LOUISIANA, <br><br> Defendant Intervenor. | Case No. 1:19-cv-986-LG-RPM |

**DEFENDANT'S NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Defendant U.S. Army Corps of Engineers hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's January 18, 2023 Memorandum Opinion and Order and January 18, 2023 Final Judgment. Copies of these two documents are attached.

Date: March 20, 2023

OF COUNSEL:

GREG McDONOUGH
JASON R. CHESTER
U.S. Army Corps of Engineers

NANCY THOMAS
TIM SAVIDGE
U.S. Army Corps of Engineers
Mississippi Valley Division

MAURYA KILROY
GLORI E. CROFT
U.S. Army Corps of Engineers
New Orleans District

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Frederick H. Turner
FREDERICK H. TURNER (Maryland Bar)
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

SALLY J. SULLIVAN (DC Bar No. 1021930)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 514-9269
Fax: (202) 305-0506
Email: sally.sullivan@usdoj.gov

TABITHA BANDI KINGMA
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Mississippi Bar No. 105112

1

Tel: (601) 965-4480
Email: tabitha.kingma@usdoj.gov

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Southern District of Mississippi using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

<u>/s/ Frederick H. Turner</u>